**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**SRI HERMETICS, INC.,**
                **Plaintiff,**

-vs-                                      Case No. 6:05-cv-1661-Orl-28KRS

**PACIFIC AEROSPACE &**
**ELECTRONICS, INC.,**
                **Defendant.**
_____

**ORDER**

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:** **UNOPPOSED MOTION FOR DEFENDANT'S LEAD TRIAL COUNSEL TO APPEAR BY TELEPHONE AT CASE MANAGEMENT CONFERENCE (Doc. No. 23)**
>
> **FILED:** January 4, 2006
>
> **THEREON** it is **ORDERED** that the motion is **GRANTED**.

Defendant's lead trial counsel, Brian G. Bodine, Esq. may appear at the case management conference by telephone, with local counsel appearing in person.

**DONE** and **ORDERED** in Orlando, Florida on January 5, 2006.

*Karla R. Spaulding*
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
Counsel of Record
Unrepresented Parties