# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**SRI HERMETICS, INC.,**
        **Plaintiff,**

**-vs-**                                 **Case No. 6:05-cv-1661-Orl-28KRS**

**PACIFIC AEROSPACE &**
**ELECTRONICS, INC.,**
        **Defendant.**
_____

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:** **AGREED-UPON MOTION FOR AN EXTENSION OF CLAIM CONSTRUCTION BRIEFING, DISCOVERY AND EXPERT DISCLOSURE DEADLINES (Doc. No. 66)**
>
> **FILED:** October 6, 2006
>
> **THEREON** it is **ORDERED** that the motion is **GRANTED**.

The Case Management and Scheduling Order deadlines are extended as follows:

| | |
|---|---|
| Parties Simultaneously File Opening Claim Construction Briefs | November 10, 2006 |
| Parties File Responsive Claim Construction Briefs | December 11, 2006 |
| Expert Reports Served by Party with Burden of Proof | January 16, 2007 |
| Rebuttal Expert Reports Served | February 16, 2007 |
| Discovery Deadline for Fact Discovery | February 16, 2007 |
| Discovery Deadline for Expert Discovery | March 2, 2007 |

This order does not enlarge other deadlines, and the parties shall not cite or rely upon this order, or the pendency of unresolved discovery motions, as a basis for seeking an enlargement of other deadlines.

**DONE** and **ORDERED** in Orlando, Florida on October 10, 2006.

*Karla R. Spaulding*
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties